

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:10CR **063** |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | (Coercion and Enticement) |
| MICHAEL PAUL KRUGER, | ) | Count 1 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Coercion and Enticement)

From in or about September 2008, through in or about June 2009, in the Eastern District of Virginia, the defendant, MICHAEL PAUL KRUGER, knowingly used any means or facility of interstate or foreign commerce, to wit, the Internet, to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b)).

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

*/s/ Elizabeth C. Wu*
Elizabeth C. Wu
Assistant United States Attorney
Virginia Bar Number 30057
United States Attorney's Office
600 East Main St., Suite 1800
Richmond, VA 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Elizabeth.C.Wu@usdoj.gov